UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ARMAND TAMBOURIS and ROBIN TAMBOURIS,<br><br>Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC., et al.<br><br>Defendants. | Case No.: 22-cv-0968-JO-BGS<br><br>**ORDER TO FILE JOINT NOTICE OF SETTLEMENT** |
|---|---|

On October 25, 2022, Plaintiff filed a Notice of Settlement. (ECF 22.) It indicates Plaintiffs and Defendants have reached a settlement and will dismiss the case within 60 days. (*Id.* at 1.) The Notice only includes the electronic signature for Plaintiff's counsel. (*Id.* at 2.)

The Court's August 24, 2022 Order setting an Early Neutral Evaluation and Case Management Conference requires the parties to "file a **Joint** Notice of Settlement containing the **electronic signatures of counsel for all settling parties**" if the parties "are not able to file a Joint Motion to Dismiss." (ECF 15 ¶ 7B (emphasis in original).) Because Plaintiff's Notice of Settlement does not comply with this Order, the parties are

1

1  **ORDERED** to file a Joint Notice of Settlement containing the electronic signatures of
2  counsel for all settling parties no later than **October 31, 2022**.
3        **IT IS SO ORDERED.**
4  Dated:  October 26, 2022

_____
Hon. Bernard G. Skomal
United States Magistrate Judge