UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND TAMBOURIS and ROBIN TAMBOURIS,<br><br>                                    Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC., et al.,<br><br>                                    Defendants. | Case No.:  3:22-cv-968-JO-BGS<br><br>**ORDER:**<br>  **(1) VACATING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br>  **(2) SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**<br><br>[ECF 25] |

On October 26, 2022, the parties filed a notice of settlement signed by counsel for all parties that indicates they have reached a settlement and anticipate dismissal with prejudice within 60 days. (ECF 25.) Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Early Neutral Evaluation and Case Management Conference set for November 7, 2022 is **VACATED**.

    2.    A Joint Motion to Dismiss must be electronically filed on or before **December 28, 2022**.[1] On the same day the Joint Motion to Dismiss is filed,

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

the proposed order for dismissal, for the signature of the Honorable Jinsook Ohta, must be emailed to Judge Ohta's chambers at efile_ohta@casd.uscourts.gov and Judge Skomal's chambers at efile_skomal@casd.uscourts.gov.[2]

3. If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **December 28, 2022**, then a Settlement Disposition Conference will be held on **January 4, 2023**, at **10:00 AM** before Judge Skomal.  The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the joint call to chambers.

4. If a Joint Motion to Dismiss is filed and proposed order for dismissal received on or before **December 28, 2022**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated:  October 28, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

2